

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00903-CV

**LIGHTNING OIL COMPANY**,
Appellant

v.

Anadarko E&P Onshore LLC fka **ANADARKO E&P COMPANY, LP,**
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

### ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to March 2, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

David Allen Palmer
309 W. 7th Street, Suite 815
Fort Worth, TX 76102-6903

Stephen Ahl
745 E. Mulberry Avenue, Suite 900
San Antonio, TX 78212-3141

Robinson C. Ramsey
Trinity Plaza II Suite 900
745 E Mulberry Ave Ste 900
San Antonio, TX 78212-3141

Donato D. Ramos, Jr.
6721 McPherson Road, Suite 350
P.O. Box 452009
Laredo, TX 78045

Bruce K. Spindler
Trinity Plaza II
745 East Mulberry, Suite 900
San Antonio, TX 78212-3166

Timothy David Howell
309 W 7th St Ste 815
Fort Worth, TX 76102-6903

John W. Petry
745 E. Mulberry Ave., Suite 900
San Antonio, TX 78212

Shayne D. Moses
309 West 7th Street, Suite 815
Fort Worth, TX 76102